```
                    ─FILED         ─────RECEIVED
                    ─ENTERED       ─────SERVED ON
                              COUNSEL/PARTIES OF RECORD

                         JUL 2 2 2013

                      CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
                 BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-011-GMN-(PAL) |
| JOSHUA ELI DODGE, | ) |
| Defendant. | ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 22, 2013, defendant JOSHUA ELI DODGE pled guilty to Count Two of a Three-Count Criminal Indictment charging him with Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B). Criminal Indictment, ECF No. 8; Plea Agreement, ECF No. ___.

This Court finds defendant JOSHUA ELI DODGE agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Agreement. Criminal Indictment, ECF No. 8; Plea Agreement, ECF No. ___.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment, the Plea Agreement, and the offense to which defendant JOSHUA ELI DODGE pled guilty. Criminal Indictment, ECF No. 8; Plea Agreement, ECF No. ___.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253(a)(1) and (a)(3):

1. an Apple laptop, serial number C02FG15XDH26;
2. an Apple laptop, serial number C02FHC8DF8X;
3. a CD labeled "Vegas Vixon";
4. a Western Digital hard drive, serial number WXPIE21SDD88;
5. a Scan Disk thumb drive, serial number RIO8091URCB;
6. a Western Digital hard drive, serial number WXE0C79E8487;
7. Seventeen (17) CDRs;
8. a Dell computer, serial number D4RSCB1;
9. a Hewlett Packard laptop, serial number CNF7213N66;
10. a Hitachi hard drive, serial number A605115073;
11. a Seagate hard drive, serial number NA0PF61UH;
12. an Imagination thumb drive without serial number; and
13. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252A and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JOSHUA ELI DODGE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 22 day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE